# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER C. GULYAS,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWIN KAISER, CAPTAIN, U.S. NAVY,<br><br>  Defendant. | Case No. 19-cv-1699-BAS-KSC<br><br>**ORDER DISMISSING COMPLAINT AND CLOSING CASE** |

On October 18, 2019, Defendant Edwin Kasier moved to dismiss Plaintiff Christopher C. Gulyas' complaint. (ECF No. 10.) Plaintiff did not oppose the motion. The Court granted the motion to dismiss and granted Plaintiff leave to file an amended complaint. (ECF No. 11.) The Court provided that Plaintiff could file an amended complaint on or before December 27, 2019, and "*[f]ailure to file an amended complaint by this date may result in Plaintiff's case being dismissed without prejudice for failure to prosecute.*" (Id. at 2.) Plaintiff has not filed an amended complaint. "If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the dismissal of the complaint into dismissal of the entire action." *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005). Accordingly, the Court dismisses Plaintiff's action in its entirety and instructs the

Clerk to close the case.

**IT IS SO ORDERED.**

**DATED: February 19, 2020**

Hon. Cynthia Bashant
United States District Judge